# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:26-CR-00022(1)-ADA |
| | § | |
| (1) JILBERTO JAIMES | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 7, 2026, wherein the defendant (1) JILBERTO JAIMES waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JILBERTO JAIMES to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JILBERTO JAIMES' plea of guilty to Count One (1) is accepted.

Signed this 21st day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE